IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHERYL E. JAMERSON; PERSONAL
REPRESENTATIVE OF THE
ESTATE OF JAMES E. JAMERSON, DECEASED, ET AL.                PLAINTIFFS

V.                              CASE NO. 4:08CV00651 JMM

POPE COUNTY, ET AL.                                          DEFENDANTS

## ORDER

Cheryl Jamerson filed a letter with the Clerk of the Court which was filed on February 10, 2010, in which she states that she has "decided to drop the case." Defendants filed a Motion to Dismiss seeking dismissal with prejudice based upon this letter. Defendants's motion is granted in part and denied in part (#46).

Plaintiff's complaint is dismissed without prejudice.

IT IS SO ORDERED THIS  6   day of May, 2010.

_____
James M. Moody
United States District Judge